# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( __ Amended _____ )

Case No.: **EDCR16-00165-JGB-2**   Date: **October 23, 2017**

Present: The Honorable **JESUS G. BERNAL, U.S. District Judge**

| Maynor Galvez | Adele C. Frazier | William Rollins |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| OMAR FLORES | ✓ | ☐ | Young Kim | ☐ | ✓ | ☐ | Patricia Bianchi, Spanish |

**PROCEEDINGS:** SENTENCING AND JUDGMENT HEARING   ✓ Contested   ✓ Non-Evidentiary

Day ___ (if continued from a prior hearing date)

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   ✓ Refer to separate Judgment Order.

✓ Imprisonment for **48 MONTHS** on each of counts **ONE**
___ Count(s) _____ concurrent/consecutive to count(s) _____
___ Fine of $ _____ is imposed on each of count(s) concurrent/consecutive.
___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
___ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____

✓ **3 years** Supervised Release/ imposed on count(s) **ONE**
consecutive/concurrent to count(s) _____
under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

___ Perform _____ hours of community service.
___ Serve _____ in a CCC/CTC.
___ Pay $ _____ fine amounts & times determined by P/O.
___ Make $ _____ restitution in amounts & times determined by P/O.
___ Participate in a program for treatment of narcotic/alcohol addiction.
___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
___ Other conditions: _____

✓ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.

___ Pay **$100** per count, special assessment to the United States for a total of **$100**
___ Imprisonment for _____ months/years and for a study pursuant to 18 USC _____ with results to be furnished to the Court within _____ days/months _____ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
___ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
✓ Defendant informed of right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.   ___ Processed statement of reasons.
___ Bond exonerated _____ upon surrender _____ upon service of _____
___ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
___ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
___ Issued Remand/Release   # _____
___ Present bond to continue as bond on appeal.   ___ Appeal bond set at $ _____
✓ Filed and distributed judgment.  ENTERED.
✓ Other   **Defendant is sentenced in absentia.**

_____ : 20
Initials of Deputy Clerk   MG

cc: USPO/PSA/USM